**Curtis Lee MAYFIELD,**
**Plaintiff–Appellant,**

v.

**Rufus FLEMING, Regional Director; P.A. Terrangi, Warden; M. Porcher, Therapeutic Community Director; L. Corners, Assistant Warden of Programs; J. Jones, Clinical Social Worker; S. Snyder, Clinical Social Worker; J. Lewis, Lieutenant, Defendants–Appellees.**

No. 01–7602.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2002.

Decided April 16, 2002.

Curtis Lee Mayfield, Appellant Pro Se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis Lee Mayfield appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. Mayfield was a prisoner in the Therapeutic Community at the Indian Creek Correctional Center ("ICCC"). As the district court noted, Mayfield is no longer a prisoner in that facility; consequently, his claim for injunctive relief is moot. *Mayfield v. Fleming,* No. CA–00–1773–AM (E.D.Va. Aug. 29, 2001). Further, the district court correctly concluded that Mayfield's claim for money damages is barred because he can show no physical injury. 42 U.S.C.A. § 1997e(e) (West Supp.2001). Accordingly, the district court properly granted summary judgment against Mayfield. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*